People v Marino (2022 NY Slip Op 50369(U))

[*1]

People v Marino (Andrew)

2022 NY Slip Op 50369(U) [75 Misc 3d 127(A)]

Decided on April 21, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on April 21, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : TIMOTHY S. DRISCOLL, J.P., JERRY GARGUILO, ELIZABETH H.
EMERSON, JJ

2020-595 S CR

The People of the State of New York,
Respondent,
against
Andrew Marino, Appellant. 

Brian J. Davis, for appellant.
Suffolk County Traffic Prosecutor's Office, Justin W. Smiloff of counsel, for respondent.

Appeal from a judgment of the District Court of Suffolk County, Suffolk County Traffic and
Parking Violations Agency (Debra Urbano-DeSalvo, J.H.O.), rendered January 15, 2020. The
judgment, after a nonjury trial, convicted defendant of following too closely, and imposed
sentence.

ORDERED that the judgment of conviction is affirmed.
Defendant was charged in a simplified traffic information with following too closely
(Vehicle and Traffic Law § 1129 [a]), arising from a three-vehicle automobile accident. At
the conclusion of the trial, the court found defendant guilty of following too closely.
Contrary to defendant's contention, the trooper had the authority to file the valid simplified
traffic information under the facts presented here (cf. People v D'Andraia, 67 Misc 3d 130[A], 2020 NY Slip Op
50426[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2020]).
Accordingly, the judgment of conviction is affirmed.
DRISCOLL, J.P., GARGUILO and EMERSON, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: April 21, 2022